UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW JOSEPH DOUGLAS,<br><br>*Petitioner,*<br><br>v.<br><br>GERI WISNER,<br>MATTHEW J. HALL, and<br>LISA OTIPOBY-HERBERT,<br><br>*Respondents.* | No. CIV-24-74-JFH-DES |

**NOTICE TO THE COURT OF MATTER UNDER**
**ADVISEMENT FOR MORE THAN NINETY DAYS**

Pursuant to LCvR 7.1(l), Oklahoma Attorney General Gentner Drummond on behalf of Petitioner Matthew Joseph Douglas hereby provides notice that *Respondents Muscogee (Creek) Nation Attorney General Geraldine Wisner and Prosecutor Matthew Hall Motion to Dismiss and Brief in Support* (doc. 21) filed on April 30, 2024, has been submitted for decision for a period of more than ninety (90) days. Specifically, Petitioner filed his response in opposition (doc. 25) on May 21, 2024, and Respondents filed their reply to the response (doc. 29) on June 7, 2024. Therefore, the motion (doc. 21) has been submitted for a decision for over one year.

1

Respectfully submitted,

*s/ Garry M. Gaskins, II*
GENTNER DRUMMOND, OBA #16645
   *Attorney General*
AMIE N. ELY, OBA #35840
   *First Assistant Attorney General*
GARRY M. GASKINS, II, OBA #20212
   *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (fax)
garry.gaskins@oag.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

*s/ Garry M. Gaskins, II*
Garry M. Gaskins, II